REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
E. LYNN SCHOENMANN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-31388 DMLS |
| CARL NOLAN CAMERO, JR. and<br>CAROLYN JEAN CAMERO | Chapter 7 |
| SSN xxx xx 0160<br>    xxx xx 3418 | |
| Debtors | |

**DECLARATION OF KRISTINA POLLAK IN SUPPORT OF
APPLICATION FOR ORDER APPROVING MOTION
TO SELL VEHICLE AND TO PAY AUCTIONEER**

I, Kristina Pollak, hereby declare:

1. I am an attorney at law duly licensed to practice before this Court and one of the attorneys of record for E Lynn Schoenmann, Trustee of the above-captioned bankruptcy estate. The statements made herein are based upon my own personal knowledge, unless specifically stated otherwise.

2. The Trustee employed Forrest Faulknor & Sons to offer a 2005 Acura ("Acura") at auction. See Order approving auctioneer employment, Docket No. <u>24</u>.

3. Forrest Faulknor & Sons offered the Vehicle in auction, and the highest bid was for $17,211.00.

4. Pursuant to the notice of sale, the Trustee seeks to pay out of the proceeds the auctioneer's commission of $1,721.10 ( representing 10% of the sales price), plus reimbursement of the auctioneer's actual costs. The costs are $45.45 higher than the initial estimate of $137.50 because the Acura required a new car battery which cost $77.95. Thus the actual costs requested to be paid from the proceeds are broken down as follows:

| | |
|---|---|
| New car battery | $77.95 |
| DMV printout | $10.00 |
| Detailing | $95.00 |
| Total costs | $182.95 |

5. A "Notice of Trustee's Intent to Sell and Notice of Opportunity to Request a Hearing" was served to all creditors and other interested parties on July 24, 2009. See Docket No. 26, with proof of service thereon.

6. I am informed and believe that the Trustee is informed and believes that the sale is in the best interest of the creditors.

7. I have reviewed our files in this matter, and found no objection to the proposed sale submitted within twenty days of the mailing of the notice.

8. I have reviewed the Court's docket report in this matter, and found no objections to the proposed sale submitted within twenty days of the mailing of the notice.

I declare under penalty of perjury that the foregoing is true and correct, and if called as a witness that I could competently testify thereto.

Executed at San Francisco, California, on the 2nd day of September, 2009.

      /s/ Kristina Pollak
      KRISTINA POLLAK