REIDUN STRØMSHEIM # 104938
KRISTINA POLLAK #220614
STROMSHEIM & ASSOCIATES
201 California Street, Suite 350
San Francisco, California 94111
Telephone: (415) 989-4100
Fax: (415) 989-2235
kpollak@stromsheim.com

Attorneys for Trustee,
E. LYNN SCHOENMANN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

CARL NOLAN CAMERO, JR. and
CAROLYN JEAN CAMERO

SSN xxx xx 0160
    xxx xx 3418

    Debtors

Case No. 09-31388 DMLS

Chapter 7

## ORDER AUTHORIZING APPROVING MOTION TO SELL VEHICLE AND TO PAY AUCTIONEER

The application of E. Lynn Schoenmann, Trustee of the above debtor estate, for authorization and approval of the sale of the Debtor's 2005 Acura ("Acura") of the estate having been presented to this Court, due notice thereof having been given, no objection thereto having been made, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Trustee's application to sell that certain personal property consisting of the Acura for the sum of for$17,211.00 is authorized and approved;

IT IS FURTHER ORDERED that the Trustee is authorized to pay from the proceeds of sale the commission of auctioneer Forrest Faulknor & Sons of $1,721.10 ( representing 10% of the sales price), plus reimbursement of the auctioneer's actual expenses of $182.95; and

IT IS FURTHER ORDERED that the Trustee and her auctioneer are authorized to execute any and all documents required to transfer the Vehicle to the purchaser.

**END OF ORDER**

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | |
| 3 | U.S. Trustee<br>235 Pine Street, Suite 700<br>San Francisco, CA 94104 |
| 4 | |
| 5 | Ms. Kristina Pollak<br>Stromsheim & Associates<br>201 California St #350<br>San Francisco, CA 94111 |
| 6 | |
| 7 | Ms. Lisa Fobbs<br>Forrest Faulkner and Sons<br>175 Sylvester Rd<br>S San Francisco, CA 94080-6015 |
| 8 | |